UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KEVIN L. GEDDINGS
         Petitioner
   v.                                        **Judgment in a Civil Case**
UNITED STATES PROBATION OFFICE
         Respondent                      Case Number: 5:10-HC-2138-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of a petition under 28 U.S.C. § 2241.

.

**IT IS ORDERED AND ADJUDGED** that the court GRANTS the section 2241 petition, VACATES the judgment of conviction, and ORDERS the United States to remit to Geddings the $25,000 fine and $500 special assessment.

This Judgment Filed and Entered on August 27, 2010, with service on:
Eugene H. Matthews (via CM/ECF Notice of Electronic Filing)
Dennis M. Duffy (via CM/ECF Notice of Electronic Filing)

August 27, 2010                                         /s/ Dennis P. Iavarone
                                                             Clerk

Raleigh, North Carolina